**NOT FOR PUBLICATION**                                           **CASE CLOSED**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE BED BATH & BEYOND INC. DERIVATIVE LITIGATION | : : : : : : : : : : : | CIVIL ACTION NO. 06-5107 (JAP)<br><br>**ORDER** |

For the reasons set forth in the accompanying opinion dated November 19, 2007, **IT IS**

**ON THIS** 19th day of November, 2007,

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice; and

**FURTHER ORDERED** that this matter is hereby closed.

**SO ORDERED**.

/s/ JOEL A. PISANO
United States District Judge