**NOT FOR PUBLICATION**                                                  **CASE CLOSED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE BED BATH & BEYOND INC. DERIVATIVE LITIGATION | : <br> : <br> : <br> : <br> : CIVIL ACTION NO. 06-5107 (JAP) <br> : <br> : <br> : <br> : **ORDER** <br> : <br> : |

For the reasons set forth in the accompanying opinion dated November 19, 2007, **IT IS**

**ON THIS** 19th day of November, 2007,

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice; and

**FURTHER ORDERED** that this matter is hereby closed.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ JOEL A. PISANO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge